**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20933-CIV-ALTONAGA**

**ARMANDO FERNANDEZ-LARIOS**,

        Petitioner,

v.

**CHARLES PARRA**, *et al.*,

        Respondents.

_____/

**<u>ORDER</u>**

**THIS CAUSE** came before the Court *sua sponte*. On February 20, 2026, Petitioner, Armando Fernandez-Larios filed his First Amended Petition for Writ of Habeas Corpus [ECF No. 4], challenging his detention in the Krome Detention Center in Miami, Florida. (*See generally id.*). Being fully advised, it is

**ORDERED** as follows:

1. Counsel for Respondents shall notify the Court of receipt of this Order and the name of the Assistant United States Attorney to whom the case is assigned.

2. On or before **February 27, 2026**, Respondents shall file a memorandum of fact and law ("response") to show cause why the Petition should not be granted and shall file all documents and transcripts necessary for resolution of the Petition. *See* 28 U.S.C. § 2243 (requiring a response to an order to show cause "be returned within three days unless for good cause additional time, not exceeding twenty days, is allowed").

3. Counsel for Respondents is instructed to caption the response a "response" and not a "motion to dismiss."

CASE NO. 26-20933-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 23rd day of February, 2026.

_Cecilia M. Altonaga_

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

2