**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-20933-CIV-ALTONAGA**

**ARMANDO FERNANDEZ-LARIOS**,

     Petitioner,

v.

**CHARLES PARRA**, *et al.*,

     Respondents.

_____/

**ORDER**

THIS CAUSE came before the Court on Respondents' Unopposed Motion for an Extension of Time [ECF No. 7]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Respondents have up to and including **March 19, 2026**, to file a response to the Petition.

**DONE AND ORDERED** in Miami, Florida, this 27th day of February, 2026.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record